UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>JOSEPH P. FASO;<br>DELTA MARINE SERVICES, INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 2:15-CV-00483-JAM-KJN<br><br>**ORDER** |

### **ORDER**

Pursuant to stipulation, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: 6/12/2015      /s/ John A. Mendez_____
                     HONORABLE JOHN A. MENDEZ
                     UNITED STATES DISTRICT COURT JUDGE